Harold E. Pinnell, appellee, v. O. L. Langellier, trading as Langellier Motor Company, appellant, and Everett K. Brooker, defendant. Gen. No. 9,026.

Opinion filed January 15, 1937. Rehearing denied April 6, 1937.

Covey & Woods, for appellant. Harold F. Trapp, Harold F. Trapp, Jr., and Clarence·W. Heyl, for appellee; Hudson Ralph Sours, of counsel.

Mr. Justice Davis delivered the opinion of the court.